Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington

July 22, 2020

WILLIAM M. McCOOL, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEVINARE ANTWAN PARKER,<br><br>Defendant. | No.  **CR20-084 RSM**<br><br>**INDICTMENT** |

The Grand Jury charges that:

## COUNT 1

### *(Unlawful Possession of a Destructive Device)*

On or about May 31, 2020, at Seattle, within the Western District of Washington, DEVINARE ANTWAN PARKER did knowingly receive and possess a firearm, that is, a destructive device, which was not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5861(d) and 5845(a)(8), (f)(2).

/ / /

/ / /

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ASSET FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 28, United States Code, Section 2461(c) and Title 26, United States Code, Section 5872.

Pursuant to Title 28, United States Code, Section 2461(c) and Title 26, United States Code, Section 5872, upon conviction of the offense charged in Count 1 of this Indictment, the defendant, DEVINARE ANTWAN PARKER, shall forfeit to the United States any firearm, ammunition, and destructive device involved in or used in the commission of Count 1, including but not limited to the following items seized on or about May 31, 2020, from DEVINARE ANTWAN PARKER in Seattle, Washington:

      a.     one destructive device, and

      b.     any associated ammunition.

### Substitute Assets

If any of the above-described property, as a result of any act or omission of the defendant:

      a.     cannot be located upon the exercise of due diligence;

      b.     has been transferred or sold to, or deposited with, a third party;

      c.     has been placed beyond the jurisdiction of the Court;

      d.     has been diminished in value; or

      e.     has been commingled with other property which cannot be divided without difficulty,

/ / /

/ / /

*United States v. Parker*
Indictment - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  it is the intent of the United States, pursuant to Title 21, United States Code, Section

2  853(f), and Title 28, United States Code, Section 2461(c), to seek the forfeiture of any

3  other property of the defendant up to the value of the above-described forfeitable

4  property.

5                                    A TRUE BILL:

6                                    DATED:     7/22/2020

7                                    *Signature of Foreperson redacted pursuant to the*
                                     *policy of the Judicial Conference of the United*
8                                    *States*

9                                    _____

10                                   FOREPERSON

11

12

13  BRIAN T. MORAN
    United States Attorney
14

15

16  TODD GREENBERG
    Assistant United States Attorney
17

18

19  ERIN H. BECKER
    Assistant United States Attorney
20

21

22

23

24

25

26

27

28

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970