

# United States District Court
*Western District of Washington*

UNITED STATES OF AMERICA,
vs.
**DEVINARE ANTWAN PARKER**

# APPEARANCE BOND
CASE No: CR20-0084 RSM

I understand that I may be released from custody, pending further proceedings in this case, on the conditions marked below:

- **Court Appearances**.  I must appear in court at the *United States Courthouse, 700 Stewart Street, Seattle, Washington*; *Courtroom 13206*, on Monday, September 28, 2020 at 9:00 AM and at all other hearings in this case, including turning myself in to begin serving a sentence, should that occasion arise.  **I UNDERSTAND THAT A WILLFUL FAILURE TO APPEAR IN COURT AT A TIME SET FOR HEARING IS A SEPARATE CRIMINAL OFFENSE, PUNISHABLE BY UP TO 10 YEARS IMPRISONMENT AND A FINE OF $250,000.**
- **No Law Violations.**  I must not commit a federal, state, or local crime during the period of release.  I understand that if I commit a felony while on release, my sentence can be increased by a maximum of ten years.  If I commit a misdemeanor while on release, my sentence can be increased by a maximum of one year.  These sentences would be consecutive to all other applicable sentences.
- **DNA Testing.**  I must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.
- **No Controlled Substances.**  I must not use, consume or possess any controlled substances, including medication, unless prescribed by a physician and approved in advance by the Pretrial Services Officer.
- **Address.**  I must furnish my attorney, and/or Pretrial Services if supervised, with my current address and telephone number (if any) where I will reside upon release and where I will receive any notices of hearing dates.  I must report any changes in that address or telephone number to my attorney, and/or Pretrial Services if supervised, within one business day.
- **Restrictions on Travel.**  I must not travel outside the Continental United States or as directed by Pretrial Services
- **Victim and Witness Protection.**  I must not harass, threaten, intimidate, tamper with, improperly influence, or injure the person or property of witnesses, jurors, informants, victims of crime, judicial officers, or other persons related to official proceedings before the Court, in violation of 18 U.S.C. § 1503, 1512, and 1513.
- **Pretrial Supervision.**  I am subject to Pretrial Services supervision by the Pretrial Services Office of the Court and must abide by such of the general and special conditions of release as that office shall impose.  I must report to the Office of Pretrial Services, (206) 370-8950, United States Courthouse, 700 Stewart Street, Seattle, Washington within 24 hours of my release unless released during a weekend or on a holiday in which case I must report at 9:00 a.m. the following court day.

**The defendant has had a full opportunity to review this Appearance Bond and confer with his/her attorney.  During the arraignment and detention review hearing, conducted by video/telephone during the COVID-19 Health Emergency, defendant orally agreed to be bound by the terms of the bond.  A copy of this executed document shall be provided to the defendant at the hearing's conclusion via US Marshal and/or the FDC.**

**OTHER SPECIAL CONDITIONS:**
- Submit to drug and alcohol testing, to include urinalysis, breathalyzer, or hand-held testing devices, as directed by Pretrial Services. You shall not use, consume, or possess alcohol, any product containing alcohol, or other intoxicants, including medication, unless prescribed to you by a physician and under the direction of Pretrial Services. Obtain an alcohol/substance abuse evaluation and follow any treatment recommendations as directed by Pretrial Services. You shall participate as directed in a program approved by the probation and pretrial services office for treatment of narcotic addiction, drug dependency, or substance abuse, which may include testing to determine if the defendant has reverted to the use of drugs or alcohol.
- Travel is restricted to Western District of Washington and the District of South Carolina, or as directed by Pretrial Services.
- Maintain residence as directed. Do not change residence without prior approval of Pretrial Services or as directed by Pretrial Services.
- Release on third-party custody to:  Ida Rene Nero and Genesis Nero.
- Undergo a mental health, psychiatric or psychological evaluation and follow all treatment recommendations in that evaluation, as directed by Pretrial Services. You shall take all medications as prescribed.
- The defendant shall abide by all federal, state, and local directives regarding the COVID-19 pandemic.

DEVINARE ANTWAN PARKER                                              CR20-0084 RSM

**AGREEMENT BY DEFENDANT:** I understand and agree to comply with every condition marked above, and I understand that if I fail to comply with any conditions of my release, the Court will immediately issue a warrant for my arrest, and I will be subject to a revocation of release, an order of detention, and prosecution for contempt of court. I understand this appearance bond remains in effect during any proceeding on appeal or review.

| X s/ S Brin, with consent and on behalf of Devinare Parker. | **July 29, 2020** | **Elgin, South Carolina** |
|---|---|---|
| Signature | Date Signed | City, State of Residence |

## ORDER OF RELEASE

It is therefore ORDERED:
(1) Defendant shall comply with all conditions of this appearance Bond;
(2) Defendant shall be released from custody, and shall remain at liberty so long as he or she complies with the provisions of this Appearance Bond, or until further order of the Court.

**July 29, 2020**
Date Signed

Michelle L. Peterson
UNITED STATES MAGISTRATE JUDGE

*cc: Defendant, Defense Counsel, U.S. Attorney, U.S. Marshal, Pretrial Services*