MAGISTRATE JUDGE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEVINARE ANTWAN PARKER,<br><br>　　　　　Defendant. | No. MJ20-324-MLP<br><br>AGREEMENT TO SUPERVISE DEFENDANT |

I, Genesis C. Nero, agree and promise that for as long as this charge is pending against defendant Devinare Parker, and for as long as he is released from custody:

1. I will generally supervise Devinare Parker.

2. I will use my best efforts to assure the appearance of Devinare Parker at all scheduled hearings before the U.S. District Judge and the U.S. Magistrate Judge.

3. If I lose contact with Devinare Parker, or if to my knowledge he violates any condition of the appearance bond, I will notify the U.S. Pretrial Services Office in Seattle, at (206) 370-8950, within one business day.

4. Other: _____

_____

_____

_____

DATE: 29 Jul 20　　　　　　　　　　　　　　　/s/ Genesis C. Nero
　　　　　　　　　　　　　　　　　　　　　　　Genesis C. Nero

AGREEMENT TO SUPERVISE
(*Devinare Antwan Parker*; MJ20-324-MLP) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100