The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR20-84 RSM |
| Plaintiff, | ORDER CONTINUING TRIAL DATE |
| v. | |
| DEVINARE ANTWAN PARKER, | |
| Defendant. | |

Having considered the record and the parties' agreed motion to continue the trial date, and the General Orders for the Western District of Washington, including General Order 15-20 and 18-20, the Court FINDS that neither the trial nor in-person hearings can proceed on or before the currently scheduled trial date of March 15, 2021. For the reasons detailed in the parties' agreed motion, the ends of justice served by continuing the trial and status hearing outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(i), (iv).

IT IS THEREFORE ORDERED that the parties' motion to continue the trial date is GRANTED. The trial is scheduled for May 10, 2021, at 9:00 a.m. Pretrial motions are due April 8, 2021.

IT IS FURTHER ORDERED that the time between the date of the filing of the government's motion and the May 10, 2021, trial date is excluded in computing the time within which trial must commence because the ends of justice served by granting this

continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Failure to grant this continuance would likely make trial impossible and result in a miscarriage of justice, and would deny counsel for the defendant and government counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *Id.* § (B)(i), (iv).

Dated this 12th day of January, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE