Magistrate Judge Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 20-084-RSM |
| Plaintiff, | MOTION TO MODIFY CONDITIONS OF BOND FOR TRAVEL |
| vs. | |
| DEVINARE ANTWAN PARKER, | Noted for July 8, 2022, 10:30 am |
| Defendant. | |

The defendant, Devinare Parker, through his attorney, Dennis Carroll, Assistant Federal Public Defender, respectfully requests that this Court modify Mr. Mr. Parker's Appearance Bond condition so that he can travel to New Orleans for a family get-together with his parents. Information about the travel plans is attached as Exhibit 1. Mr. Parker's case is currently set for trial on September 19, 2022. Dkt 56. Mr. Parker hopes that this issue can be addressed on July 8, 2022 when he has an initial appearance for bond violations.

I.   BACKGROUND

Mr. Parker is charged with Unlawful Possession of a Destructive Device. Dkt 1, 18. He was arrested during the Black Lives Matter protests in June 2020. Dkt 1. On July 29, 2020, following a detention hearing held by Magistrate Judge Michelle L. Peterson, Mr. Parker was released and placed on an appearance bond, with several conditions,

MOTION TO MODIFY
CONDITIONS OF BOND    - 1
(*Devinare Antwan Parker,* CR 20-084-RSM)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

including that he "submit to drug and alcohol testing, as directed by Pretrial Services." Dkt. 26. In mid-October of 2020, Mr. Parker returned to the Seattle area from South Carolina without advance permission. After a hearing on this alleged violation, Mr. Parker's bond conditions were modified, however the drug testing condition remained unchanged. Dkt. 37.

Mr. Parker has remained in Seattle, supervised by the Pretrial Services Office since October of 2020. With the exception of violations for positive results of a "marijuana metabolite" in his drug tests, Mr. Parker has been in full compliance with the conditions of his bond since he returned to Seattle. *See* Dkts 42, 51, 57. He is scheduled to appear before this Court on July 8, 2022 regarding the most recent violations.

## II. THIS COURT SHOULD ALLOW MR. PARKER TO TRAVEL WITH HIS PARENTS.

The Appearance Bond "restricts travel to the Western District of Washington and the District of South Carolina, or as directed by Pretrial Services." Dkt 26. The Pretrial Services officer assigned to Mr. Parker informed counsel that Mr. Parker "will need permission of the Court due to his alleged noncompliance with pretrial supervision." 7/1/22 Email Communication.

Mr. Parker would like to join his mother and father for this trip. He would reside with his parents. His parents were previously designated as third-party custodians for Mr. Parker. Dkt 26. The trip will last approximately three days and he will be staying with his parents at a hotel. *See* Exhibit 1.

//
//

MOTION TO MODIFY
CONDITIONS OF BOND   - 2
(*Devinare Antwan Parker,* CR 20-084-RSM)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

This court should modify the bond conditions to allow Mr. Parker to spend time with his parents. They are an important part of his support network and he has not seen them since the winter holidays. Fostering and maintaining this relationship benefits Mr. Parker.

DATED this 5th day of July 2022.

Respectfully submitted,

s/ *Dennis Carroll*
Assistant Federal Public Defender
Attorney for Devinare Parker
Office of the Federal Public Defender

MOTION TO MODIFY
CONDITIONS OF BOND   - 3
(*Devinare Antwan Parker,* CR 20-084-RSM)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100