JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEVINARE ANTWAN PARKER, ) <br> ) <br> Defendant. ) <br> ) | No. CR20-084-RSM <br><br> ORDER GRANTING THE MOTION TO SEAL UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DATES |

THIS MATTER has come before the undersigned on the motion of Devinare Parker to file the unopposed motion to continue trial and pretrial motion dates under seal. The Court has considered the motion and records in this case and finds there are compelling medical reasons to file the document under seal.

IT IS ORDERED that the unopposed motion to continue trial and pretrial motion dates be filed under seal.

DATED this 10th day of November 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Dennis Carroll*
s/ *Sara Brin*
Assistant Federal Public Defenders
Attorneys for Devinare Parker

ORDER TO SEAL MOTION TO CONTINUE
TRIAL AND PRETRIAL MOTIONS DATES
(*United States v. Parker*, CR20-084-RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100