JUDGE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR20-084-RSM |
| Plaintiff, | ) |
| v. | ) ORDER GRANTING UNOPPOSED |
| | ) MOTION TO CONTINUE TRIAL AND |
| DEVINARE ANTWAN PARKER, | ) PRETRIAL MOTIONS DATES |
| Defendant. | ) |

THE COURT has considered Devinare Parker's sealed and unopposed motion to continue the trial date in this case and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

(c) the additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

ORDER TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DATES
(*United States v. Parker*, CR20-084-RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

      (d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

      (e) the additional time requested between the current trial date of December 12, 2022, and the new trial date is necessary to provide counsel for the defendant the reasonable time necessary to prepare for trial, considering counsel's schedule and all of the facts set forth above; and

      (f) the period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

      IT IS THEREFORE ORDERED that the trial date in this matter shall be continued to March 6, 2023, and that pretrial motions shall be filed no later than January 26, 2023.

      DATED this 10th day of November 2022.

                                         RICARDO S. MARTINEZ
                                         UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Dennis Carroll*
s/ *Sara Brin*
Assistant Federal Public Defenders
Attorneys for Devinare Parker

ORDER TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DATES
(*United States v. Parker*, CR20-084-RSM) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100