JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR20-084-RSM |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER GRANTING THE MOTION TO SEAL EXHIBIT 6 TO DEFENDANT'S SENTENCING MEMORANDUM |
| DEVINARE ANTWAN PARKER, | ) ) | |
| Defendant. | ) ) | |

THIS MATTER has come before the undersigned on the motion of Devinare Parker to file Exhibit 6 (CD filed with the Clerk's Office) under seal. The Court has considered the motion and records in this case and finds there are compelling medical reasons to secure the CD under seal.

IT IS ORDERED that the motion to seal Exhibit 6 to Defendant's Sentencing Memorandum be secured under seal.

DATED this 5th day of June 2023.

*[signature]*
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Dennis Carroll*
s/ *Sara Brin*
Assistant Federal Public Defenders
Attorneys for Devinare Parker

ORDER TO SEAL EXHIBIT 6
TO DEFENDANT'S SENTENCING
MEMORANDUM
(*United States v. Parker*, CR20-084-RSM) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
**(206) 553-1100**