JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEVINARE ANTWAN PARKER, ) <br> ) <br> Defendant. ) <br> ) | No. CR20-084-RSM <br><br> NOTICE OF CRIMINAL APPEAL |

Notice is given that Devinare Parker, defendant in the above-named case, appeals to the United States Court of Appeals for the Ninth Circuit from his judgment in a criminal case entered on June 8, 2023.

DATED this 15th day of June 2023.

Respectfully submitted,

s/ *Dennis Carroll*
s/ *Sara Brin*
Assistant Federal Public Defenders
Attorneys for Devinare Antwan Parker
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
Phone: (206) 553-1100
Fax: (206) 553-0120
dennis_carroll@fd.org
sara_brin@fd.org

Name of court reporter: Marci Chatelain
Transcript required: Yes
Date transcript ordered or to be ordered: June 14, 2023

NOTICE OF CRIMINAL APPEAL
(*U.S. v. Parker*, CR20-084-RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100