PROB 12A
(05/21)

# UNITED STATES DISTRICT COURT
for
## Western District of Washington

Report on Person Under Supervision

**Name:**  Devinare Antwan Parker                                    **Case Number:** 2:20CR00084RSM-001
**Name of Judicial Officer:**  The Honorable Ricardo S. Martinez, United States District Judge
**Date of Original Sentence:**  06/08/2023                           **Date of Report:** 04/01/2025
**Original Offense:**  Unlawful Possession of a Destructive Device
**Original Sentence:**  24 months' imprisonment; 3 years' supervised release
**Type of Supervision:**  Supervised Release                        **Date Supervision Commenced:** 02/10/2025
**Special Conditions Imposed:**

☒ Substance Abuse             ☐ Financial Disclosure        ☐ Restitution:
☒ Mental Health               ☐ Fine                        ☐ Community Service
☒ Other: Submit to search

## NONCOMPLIANCE SUMMARY

I allege Devinare Antwan Parker has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Consuming fentanyl, on or about February 18, 2025, in violation of a mandatory condition of supervise release. |

United States Probation Officer Action:
On February 18, 2025, Mr. Parker reported to the probation office and proved a urine sample which returned presumptively positive for cannabinoids and fentanyl. When I confronted Mr. Parker, he adamantly denied consuming any illicit substances. The sample confirmed positive for fentanyl and negative for cannabinoids at the national laboratory. While Mr. Parker has a history of substance use disorder and admittedly consumed illicit substances while on pretrial supervision, he has not tested positive for fentanyl and all subsequent tests have been negative. It appears this was an isolated incident; therefore, Mr. Parker has been verbally admonished and will be monitored for continued consumption of illicit substances through testing and routine contacts. He is overall stable and engaged in college courses and mental health counseling.

I consulted with Assistant United States Attorney Katherine Collins, and she concurs with my recommendation.

I respectfully recommend the Court endorse my actions.

I swear under penalty of perjury that the                    APPROVED:
foregoing is true and correct.                               Monique D. Neal
                                                             Chief United States Probation and Pretrial Services Officer

Executed on this 1st day of April, 2025.                     BY:

_____                            _____
Darcell Prescott                                             Analiese D. Johnson
United States Probation Officer                              Supervising United States Probation Officer

The Honorable Ricardo S. Martinez, United States District Judge                    Page 2
Report on Person Under Supervision                                                  April 1, 2025

## THE COURT FINDS PROBABLE CAUSE AND ORDERS:

☒  Judicial Officer endorses the United States Probation Officer's actions
☐  Submit a Request for Modifying the Condition or Term of Supervision
☐  Submit a Request for Warrant or Summons
☐  Other

_____
Signature of Judicial Officer

April 1, 2025
_____
Date